IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

Estate of Fred Dunn, deceased,
by and through Tommie Dunn, Administrator,   Plaintiff

Versus   Civil Action No. 4:13-cv-00081-SA-JMV

National Heritage Realty, Inc.,   Defendant

NOTICE OF DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(i)

COMES NOW the Plaintiff, by and through undersigned counsel, and DISMISSES this civil action, without prejudice. The Defendant has not filed an answer or motion for summary judgment as of the filing of this notice.

Dated: <u>April 29, 2013</u>.

<u>s/ F. M. Turner, III</u>
F. M. Turner, III (MS Bar No. 8147)
F. M. TURNER, III, PLLC
P.O. Box 15128
Hattiesburg, MS 39404-5128)
Tel: (601) 264-7775
Fax: (601) 264-7776

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, the undersigned counsel for the Plaintiff, do hereby certify that, on the date entered below, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    L. Carl Hagwood        < chagwood@hatlawfirm.com>
    HAGWOOD ADELMAN TIPTON, PC
    540 Main Street, Suite 403
    Post Office Box 4537
    Greenville, Mississippi 38704-4537

    M. Madison Taylor, Jr.    < mtaylor@hatlawfirm.com>
    HAGWOOD ADELMAN TIPTON, PC
    One LeFleur's Square
    4735 Old Canton Road, Suite III
    P. O. Box 14188
    Jackson, MS 39236

    Attorneys for Defendant

Dated: <u>April 29, 2013</u>.

                                                    s/ F. M. Turner, III
                                                    F. M. Turner, III